*Charles G. Edwards* and *Bouhan & Atkinson,* for plaintiffs.

*George T. Cann,* for defendant.

---

SLATER *et al. v.* PATE, tax-collector.

ATKINSON, J. This case is controlled by the decision this day rendered in *Hoover* v. *Pate, ante,* 206.

*Judgment reversed. All the Justices concur.*